

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bobby Carl Lennox aka Bobby Carl Leanox, Appellant

No. 06-19-00164-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28256). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the three judgments of the court below. Because we have concluded that each of the three judgments incorrectly identifies the statute and the degree of the offense regarding the respective charges of which Lennox was found guilty, we modify each such judgment (1) by deleting the phrase "STATE JAIL FELONY PUNISHED AS A SECOND DEGREE FELONY" under the heading "Degree of Offense" and replacing it with the phrase "CLASS B MISDEMEANOR, ENHANCED" and (2) by deleting the statutory section numbers "32.21(d) and 12.425" under the heading "Statute for Offense" and replacing them with Section 32.21(e-1) and Section 12.43(b)(2) of the Texas Penal Code. As to Count One, we modify the trial court's judgment and the bill of costs by deleting $390.00 of court-appointed attorney fees, however characterized. We affirm those portions of all three judgments, as modified, finding Lennox guilty of the respective offenses. Because we find error in the punishment portion of the judgments, we reverse the portion of the judgments imposing punishment, and we remand the causes to the trial court for new punishment hearings.

We note that the appellant, Bobby Carl Lennox aka Bobby Carl Leanox, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 20, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk